**Michael GRAY, Appellant,**

v.

**Mark TAPPER, Appellee.**

**No. 01–03–00516–CV.**

Court of Appeals of Texas, Houston (1st Dist.).

Nov. 20, 2003.

Michael Gray, Pasadena, pro se.

Cheryle R. Johnston, George Buckland & Lee, Houston, for appellee.

Panel consists of Justices HEDGES, NUCHIA, and HIGLEY.

## OPINION

PER CURIAM.

This is an appeal from a judgment signed April 17, 2003. Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but he has not paid the appellate filing fee. On June 26, 2003, this Court ordered that unless, within 15 days of the date of the order, appellant paid the appellate filing fee, his appeal would be dismissed. The 15 days have

expired and appellant has not paid the appellate filing fee.

Accordingly, we **dismiss** the appeal.